THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. KATHRYN CLEARY, Respondent.— Order of the County Court of Kings county granting defendant's motion to dismiss the indictment charging the defendant with a violation of section 1308 of the Penal Law reversed on the law and the facts, motion denied and indictment reinstated. The minutes disclose *prima facie* a violation of the section. Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK GATTINI, Appellant.— The defendant, after conviction and after the judgment of conviction had been affirmed by this court [246 App. Div. 744], made a motion to vacate the judgment and for a new trial on newly-discovered evidence, which was denied in the County Court of Nassau county wherein he had been tried. An appeal was taken to this court. Appeal dismissed on the ground that the order is not appealable. (Code Crim. Proc. §§ 485, 517; *People* v. *Trezza*, 128 N. Y. 529; *People* v. *Mayhew*, 151 id. 607; *Hebberd* v. *Loeb*, 125 App. Div. 579.) The appellant asks, without formal application, for a reargument of the appeal from the judgment of conviction. An examination of the record indicates that such reargument would be futile. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD HICKS, Appellant.— Defendant was convicted in the Court of Special Sessions of the City of New York, Borough of Brooklyn, of the crime of bookmaking and making bets and wagers in violation of section 986 of the Penal Law. Judgment of conviction unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.